**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCREEN ACTORS GUILD - AMERICAN FEDERATION OF TELEVISION AND RADIO ARTISTS,<br><br>Plaintiff,<br><br>v.<br><br>KNIGHTS OF BADASSDOM PRODUCTION I, LLC,<br><br>Defendant. | Case No. CV 19-5350 PA (GJSx)<br><br>JUDGMENT |

In accordance with the Court's July 18, 2019 Minute Order granting the Motion for Order Confirming Arbitration and for Entry of Judgment in Conformity Therewith filed by petitioner Screen Actors Guild - American Federation of Television and Radio Artists ("Petitioner"), it is ORDERED, ADJUDGED, and DECREED that:

1. The Arbitration Award in favor of Petitioner and against respondent Knights of Badassdom Production I, LLC ("Respondent"), Union Case No. 11989, dated August 7, 2018 is confirmed in all respects;

2. Respondent is ordered to pay to Petitioner:

    (a) The sum of $257,936.61 as directed by the Arbitration Award;

    (b) $2,400 in attorneys' fees incurred by Petitioner in this action; and

    (c) $400.00 in costs incurred by Petitioner in this action;

3. Petitioner is hereby granted an assignment of Respondent's accounts receivable from the distribution, exhibition, exploitation, or other use of the motion picture entitled <u>Knights of Badassdom</u> anywhere in the world until the amounts due are paid in full;

4. Petitioner is authorized to engage in any of the remedial actions provided for in the parties' Security Agreement; and

5. The parties are to split any arbitrator fees.

The Clerk is ordered to enter this Judgment.

DATED: July 18, 2019

_____
Percy Anderson
United States District Judge